

Sullivan & Worcester LLP  
1633 Broadway  
New York, NY 10019

T 212 660 3000  
F 212 660 3001  
www.sandw.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: MAY 27 2016**

May 26, 2016

5/27/2016: Application Granted. So Ordered.

K. B. Forrest

HON. KATHERINE B. FORREST, USDJ

**VIA EMAIL**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Meite*, 16 Cr. 126 (KBF)

Dear Judge Forrest:

    We represent Zoumana Meite in the above-referenced matter.

    Earlier today, Mr. Meite advised me that he would like to travel to Philadelphia this Sunday in order to visit with some friends. Mr. Meite would like to leave his residence in New York on Sunday, May 29, 2016 at approximately 8:00 a.m. and would plan to return home by approximately 11:00 p.m. on May 29, 2016.

    Pretrial Services Office Joseph Perry and counsel for the government have no objection to this request.

    We respectfully request that the Court approve Mr. Meite's proposed travel to Philadelphia on Sunday, May 29, 2016.

Respectfully submitted,

/s/Harry H. Rimm

Harry H. Rimm

cc:    Joseph Perry, Pretrial Services (Via Email)
        David M. Abramowicz, Esq. (Via Email)